# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KIRK CULVER, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.                                      Case No. 6:20-CV-02292-PGB EJK

PHH MORTGAGE CORPORATION ,
d/b/a NEWREZ, LLC

    Defendant.
_____

## JOINT NOTICE OF SETTLEMENT

Comes now, Plaintiff Kirk Culver AND Defendant PHH Mortgage Corporation, by and through undersigned counsel of record, and hereby provide the Court notice Plaintiff and Defendant have reached a settlement of Plaintiff's putative class-action lawsuit on an individual basis. The Parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the Parties will jointly submit a Stipulation of Dismissal with prejudice with each party to bear its own fees and costs. The Parties request thirty (30) days to file the Stipulation of Dismissal and ask that the case be administratively closed pending the filing of the Stipulation of Dismissal. Alternatively, the Parties ask the Court to stay existing deadlines pending the filing of the Stipulation of Dismissal.

[2137059/1]                                       1

| Dated: July 9, 2021 | Respectfully submitted, |
|---|---|
| LOCKE LORD LLP<br>777 South Flagler Drive<br>East Tower, Suite 215<br>West Palm Beach, FL 33401<br>Telephone: (561) 833-7700<br>Facsimile: (561) 655-8719<br><br>/s/ Dale A. Evans Jr.<br>Fla. Bar. No.: 98496<br>E-mail: dale.evans@lockelord.com<br><br>*Defendant PHH Mortgage Corporation's counsel* | ZEBERSKY PAYNE SHAW LEWENZ, LLP<br>110 Southeast 6th Street, Suite 2900<br>Fort Lauderdale, Florida 33301<br>Telephone:   (954) 989-6333<br>Facsimile:   (954) 989-7781<br>Primary    Email:    jshaw@zpllp.com; zludens@zpllp.com<br>Secondary   email:   mlomastro@zpllp.com; medmondson@zpllp.com<br><br>*/s/ Zachary D. Ludens*<br>JORDAN A. SHAW, ESQ.<br>Fla. Bar No.: 111771<br>ZACHARY D. LUDENS, ESQ.<br>Fla. Bar No.: 111620<br>*Plaintiff's counsel*<br><br>METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL  35205<br>Telephone:   (205) 939-0199<br>Facsimile:   (205) 939-0399<br><br>*/s/ J. Matthew Stephens*<br>J. MATTHEW STEPHENS, ESQ.<br>E-mail: mstephens@mtattorneys.com<br>Fla. Bar No.:  0688649<br>*Plaintiff's counsel*<br><br>NEWHART LEGAL, P.A.<br>14611Southern Blvd. Suite 1351<br>Loxahatchee, FL 33470<br>Telephone: (561) 331-1806<br>Facsimile:   (561) 473-2946<br><br>*/s/ Darren R. Newhart*<br>Darren R. Newhart, Esq.<br>Fla. Bar No.: 0115546<br>E-mail: darren@newhartlegal.com<br>*Plaintiff's counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court via the Court's CM/ECF system, which generated notices of electronic filing on all counsel of record.

                                             */s/ Zachary D. Ludens*
                                             Zachary D. Ludens